UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| SENTINEL TRUST COMPANY,<br>As Indenture Trustee<br><br>Plaintiff,<br><br>v.<br><br>THE TEACHING MINISTRY d/b/a<br>TRINITY HEALTHCARE, et al.<br><br>Defendants. | Case No. 5-01 CV-00115<br>Judge George Howard |

ORDER APPROVING DISTRIBUTION OF SALE PROCEEDS
AND RECEIVER'S FEES

On this day comes on for consideration the Report of Sale, Motion for Approval of Distribution and Sale Proceeds, and Motion for Approval of Receiver's Fees filed by LTC Systems/RX, LLC, the Receiver, on August 8, 2005.  From the pleading filed, statements of counsel and other proof, matters and things before the Court, the Court finds:

1. The Motion was filed on August 8, 2005.

2. No objections have been filed by any interested party.

3. The disbursement of the sale proceeds by the Receiver as set forth in the Motion is approved and confirmed.

4. The Receiver is authorized to retain the sum of $170,000 in escrow for payment of: (i) all final operating expenses associated with the operation of the Pine Bluff nursing facility which is the subject matter of this proceeding; and (ii) any balance due the Receiver for its services and expenses herein incurred.

5. Subject to the prior approval of the Receiver for Plaintiff, the Receiver is authorized to pay final operating expenses for the Pine Bluff nursing facility from the

      aforedescribed escrow account without further orders of this Court.

6.     The Receiver is authorized to pay from the aforedescribed escrow account the sum of $75,541.25 to the Receiver as its fee for services rendered through June 30, 2005.

7.     To the extent that funds remain in the escrow account after payment of the expenses authorized as aforesaid, the remaining funds held by the Receiver shall be distributed to the Receiver for Sentinel Trust Company on final report by the Trustee.

8.     The Receiver shall file its final report and motion for discharge within sixty (60) days of the entry of this Order.

IT IS SO ORDERED this 21st day of September, 2005.

_____
United States District Judge

cc: Mike Millar
Millar Gibson, P.A.
P.O. Box 1406
Searcy, AR  72143

Mr. Graham Matherne
Wyatt, Tarrant & Combs
2525 West End Ave.
Suite 1500
Nashville, TN 37203-1423

O:\Awaiting Judge's Signature\sentinel.wpd